# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Blake Spahn | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-cv-02071-SB-DFMx |
| v. | |
| Ford Motor Company | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 27, 2025 as docket number __14__ (the "Offer of Judgment"), judgment is hereby entered for

BLAKE SPAHN

and against

FORD MOTOR COMPANY

according to the terms set forth in the Offer of Judgment.

Date: March 27, 2025                    By: D. Tamayo
                                            Deputy Clerk

CV-140 (02/21)                          JUDGMENT